IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIAM DELONG, *et al.*, <br><br> Plaintiffs <br><br> VS. <br><br> DOOLY COUNTY, *et al.*, <br><br> Defendants | NO. 5:05-CV-51 (CWH) |

## O R D E R

Upon consideration of the **JOINT MOTION TO APPROVE CONSENT JUDGMENT** (Tab #43) filed by the parties herein,

IT IS ORDERED that the motion is granted, and that the within and foregoing Consent Judgment be entered as the Judgment of this Court.

SO ORDERED AND DIRECTED, this 18th day of APRIL, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE